IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

EDWARDO BALDERRAMA,

    Plaintiff,

vs.                                Cause No.: 18-CV-00134 KRS/GBW

The CITY OF ALAMOGORDO and
MARGARET PALUCH, individually
and in her official capacity as acting
City Manager for the City of Alamogordo,

    Defendants.

## STIPULATED ORDER FOR FURTHER EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT [DOC. 39]

THIS MATTER having come before the stipulation of the parties through counsel and the Court being otherwise advised in the premises;

THE COURT FINDS:

1. This Court previously entered its order staying the time for Plaintiff to respond to Defendants' Motion for Summary Judgment in order to afford Plaintiff the opportunity to take the deposition of a party. That deposition has been noticed but not taken.

2. Due to a subsequent discovery dispute, the deposition was cancelled until the Managing Magistrate entered a further order.

3. After receiving the Court's order allowing Plaintiff to proceed, the remaining deposition will be taken on February 1, 2019.

4. Under the circumstances stated the motion is well taken.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court

that the time for Plaintiff to respond to Defendants' Motion for Summary Judgment is extended until February 22, 2019.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge
**Presiding by consent**