IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARDO BALDERRAMA,

    Plaintiff,

v.

No. 2:18-cv-00134-KRS-GBW

THE CITY OF ALAMOGORDO,
a Municipal Corporation, and MARGARET
PALUCH, individually and in her official
capacity as acting City Manager,

    Defendants.

## FINAL JUDGMENT

Having dismissed Plaintiff's federal claim with prejudice and denied without prejudice any pendant state law causes of action in an Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment is entered and this matter is **DISMISSED with prejudice** as to Plaintiff's federal claim (Count II) and **DISMISSED without prejudice** as to Plaintiff's state law causes (Counts I and III).

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by consent